

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00421 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), |
| JOSE RANDOLPH BUSTAMANTE and (01) | ) | 841(b)(1)(B), 841(b)(1)(C), |
| JEFFREY SCOTT FITZGERALD (02) | ) | 18 U.S.C. § 2. |
| | ) | |
| Defendants | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about September 28, 2000, within the District of Hawaii, JOSE RANDOLPH BUSTAMANTE did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

On or about October 3, 2000, within the District of Hawaii, JOSE RANDOLPH BUSTAMANTE and JEFFREY SCOTT FITZGERALD, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about October 4, 2000, within the District of Hawaii, JOSE RANDOLPH BUSTAMANTE and JEFFREY SCOTT FITZGERALD, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

/ / /

/ / /

/ / /

<u>COUNT 4</u>

The Grand Jury further charges that:

On or about October 9, 2000, within the District of Hawaii, JOSE RANDOLPH BUSTAMANTE and JEFFREY SCOTT FITZGERALD, did knowingly and intentionally possess with intent to distribute and distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

DATED: __OCT 25__, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

<u>United States v. Jose Randolph Bustamante and Jeffrey Scott Fitzgerald</u>
"Indictment"